OPINION — AG — ** EQUAL PROTECTION — TAX ** THE CLASSIFICATIONS IN 68 O.S. 1501 [68-1501] ET SEQ. DO NOT, UNTIL SHOWN OTHERWISE, DENY EQUAL PROTECTION UNDER THE LAW. (COIN OPERATED, RADIO OR TELEVISION, DISTRIBUTOR PERMIT FEES, SPECIAL LICENSE TAX) CITE: 68 O.S. 1501 [68-1501], 68 O.S. 1509.3 [68-1509.3](B) (REVENUE AND TAXATION, PRESUMTION OF CONSTITUTIONALITY) (FLOYD W. TAYLOR)